IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR418-209 |
| | ) | |
| DEANDRE WIGGINS, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED ORDER

Before the Court is Defendant's "Motion for Extension to Respond and File Objections to Presentence Investigation Report." (Doc. 36.) After careful consideration, the Motion is **GRANTED**. The deadline for filing objections to the Presentence Investigation Report in this case shall be extended until February 28, 2019.

SO ORDERED this 26th day of February 2019.

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

